Civil- (Dec-2008)

HONORABLE: Janet Bond Arterton
DEPUTY CLERK Donna Barry    RPTR/ECRO/TAPE Melissa Cianciullo
TOTAL TIME: 1 hours 58 minutes
DATE: 07/20/2020   START TIME: 10:09 a.m.   END TIME: 12:07 p.m.
LUNCH RECESS   FROM:    TO:
RECESS (if more than ½ hr)   FROM:    TO:

CIVIL NO. 3:20-cv-00534-JBA

Tre McPherson et al.                                        Friedrich-Wilhelm Wolfgang Sachse
                                                            Plaintiff's Counsel
                    vs
Ned Lamont et al.                                           Steven R. Strom
                                                            Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing                    ☐ Show Cause Hearing
☐ Evidentiary Hearing               ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing

☑ .....#30   Motion to Appoint Counsel as amicus curiae            ☐ granted ☑ denied ☐ advisement
☑ .....#43   Motion for Preliminary Injunction (see below)         ☐ granted ☐ denied ☐ advisement
☑ .....#75   Motion for Attorney Henderson Hill to be admitted PHV ☑ granted ☐ denied ☐ advisement
☑ .....#169  Motion for Approval of Settlement Agreement           ☑ granted ☐ denied ☐ advisement
☐ .....#____ Motion                                                ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion                                                ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion                                                ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion                                          ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion                                          ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion                                          ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion                                          ☐ granted ☐ denied ☐ advisement
☐ .....       ☐ Briefs(s) due ____ ☐ Proposed Findings due ____  Response due ____
☐ ..........   _____          ☐ filed ☐ docketed
☐ ..........   _____          ☐ filed ☐ docketed
☐ ..........   _____          ☐ filed ☐ docketed
☐ ..........   _____          ☐ filed ☐ docketed
☐ ..........   _____          ☐ filed ☐ docketed
☐ ..........   _____          ☐ filed ☐ docketed
☐ ..........   _____ Hearing continued until _____ at _____

Notes: For the reasons set forth on the record, doc. 30 was denied as moot, doc. 75 was granted waiving certain requirements of LR 83.1 and doc. 169 was granted and an order shall follow.  A motion to withdrawal doc. 43 is expected from the Plaintiff.